**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORTHINGTON INDUSTRIES, INC., AND WORTHINGTON CYLINDER CORP.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>INLAND KENWORTH (US), INC.,<br><br>　　　　Defendant. | Case No. CV 20-2602-GW-RAOx (Ohio Southern District Case No. 2:19-cv-03348) (Consolidated Case: **CV 20-4622-GW-RAOx**)<br><br>**ORDER GRANTING JOINT MOTION BY ALL LITIGANTS TO DISMISS WITH PREJUDICE** |
| INLAND KENWORTH (US), INC.,<br><br>　　　　Counter-Complainant,<br><br>　v.<br><br>WORTHINGTON INDUSTRIES, INC., AND WORTHINGTON CYLINDER CORP,<br><br>　　　　Counter-Defendant. | District Judge: Hon. George Wu<br>Magistrate Judge: Hon. Rozella A. Oliver<br><br>Trial Date: April 13, 2021 |
| AJR TRUCKING, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WORTHINGTON INDUSTRIES, INC., AND WORTHINGTON CYLINDER CORP.,<br><br>　　　　Defendants, | |

1  Having read the Parties' Joint Motion to Dismiss, the Court hereby dismisses the
2  above-captioned action with prejudice.
3
4  Dated: February 9, 2021          By: _____
                                          HON. GEORGE H. WU,
5                                         United States District Judge